**STATE of Missouri, Plaintiff/Respondent,**

v.

**Richard Damon REDD, Defendant/Appellant.**

No. 65289.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury of burglary in the second degree, § 569.170 RSMo 1994, and stealing, § 570.030 RSMo 1994. He was sentenced to serve concurrent terms of seven years imprisonment on each count.

We have reviewed the record and find the claims of error to be without merit. A written opinion would have no precedential value and would serve no jurisprudential purpose. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).